**Sean T. WRIGHT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 70939.**

Missouri Court of Appeals, Western District.

June 22, 2010.

Rosemary E. Percival, for Appellant.

James B. Farnsworth, for Respondent.

Before Division Two: MARK D. PFEIFFER, Presiding Judge, VICTOR C. HOWARD, Judge and ALOK AHUJA, Judge.

## *ORDER*

PER CURIAM:

Sean Wright appeals the judgment of the motion court denying his Rule 29.15 motion for postconviction relief following an evidentiary hearing. He sought to vacate his convictions for first-degree statutory sodomy and second-degree statutory sodomy and consecutive sentences of life and seven years imprisonment, respectively. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the motion court is affirmed. Rule 84.16(b).